[No. 6325–9–III.  Division Three.  April 18, 1985.]

THE STATE OF WASHINGTON, *Respondent,* v. RYAN CURTIS DRESSEL, *Appellant.*

Appeal from a judgment of the Superior Court for Yakima County, No. 83–1–00597–9, F. James Gavin, J., entered January 6, 1984. *Denied* by unpublished per curiam opinion.

[No. 5966–9–III.  Division Three.  April 18, 1985.]

MITTIE LOU WILLIAMSON, *Appellant,* v. SEA GALLEY STORES, INC., *Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 82–2–00192–8, Walter A. Stauffacher, J., entered July 1, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.

[No. 6076–4–III.  Division Three.  April 18, 1985.]

SUPERIOR ASPHALT & CONCRETE CO., *Appellant,* v. CHESTER W. VERSTRATE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 82–2–00881–7, F. James Gavin, J., entered August 26, 1983. *Affirmed* by unpublished opinion per McInturff, J., concurred in by Green, C.J., and Munson, J.